# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Daniel J. Bowen, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | Case No. 1:16-cv-270 |
| Tony Joe Hood, ) | |
| ) | |
| Defendant. ) | |

On October 31, 2018, the parties filed a Stipulation of Dismissal. The court **ADOPTS** the parties' stipulation (Doc. No. 47). The above-entitled action shall be **DISMISSED** with prejudice, upon the merits, and without costs.

**IT IS SO ORDERED.**

Dated this 1st day of November, 2018.

                                              */s/ Charles S. Miller, Jr.*
                                              Charles S. Miller, Jr., Magistrate Judge
                                              United States District Court